UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 5:13M5047-003 |
| | ) | |
| EFRAIN GURROLA-SEGURA | ) | |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Complaint filed in the above-entitled and numbered cause on June 27, 2013, be on the same day hereby dismissed without prejudice.

Entered on this _10th_ day of July, 2013.

_____
The Honorable Erin L. Setser
United States Magistrate Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 10 2013
CHRIS R. JOHNSON, CLERK
BY
　　　DEPUTY CLERK